FILED

APR 05 2019

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-70-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL JAMES CARROLL | |
| Defendant. | |

On April 3, 2019, United States Magistrate Judge John Johnston entered

Findings and Recommendations with respect to the March 13, 2019, amended

petition for revocation of Defendant Michael James Carroll's supervised release.

(Docs. 36 and 43). Although the parties were notified of their right to file

objections to the Findings and Recommendations within 14 days, Carroll waived

his objection period. Consistent with the Court's "full authority" to review the

Findings and Recommendations under any standard it deems appropriate, *Thomas

v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error

exists if the Court is left with a "definite and firm conviction that a mistake has

been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

1

Based on Carroll's admission to the alleged violations, Judge Johnston recommends his supervised release be revoked. Judge Johnston further recommends that this Court sentence Carroll to 6 months imprisonment with 30 months of supervised release to follow. Judge Johnston's Findings and Recommendations are without clear error and hereby adopted in full.

IT IS ORDERED that Defendant Carroll's supervised release is revoked. Judgment will be entered by separate document.

DATED this _____ day of April, 2019.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge